# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JEROME FLOWERS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)

Case Number: 8:06-cr-342-T-30TGW
USM Number: 48849-018

Howard Anderson, pda.
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE and TWO of the term of supervision.
_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** |
|---|---|
| ONE | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision |
| TWO | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 1, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Sept - 2009
Date

DEFENDANT: JEROME FLOWERS  
CASE NUMBER: 8:06-cr-342-T-30TGW  
Judgment - Page 2 of 2

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FOURTEEN (14) MONTHS.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The defendant shall be placed at FCI Coleman (FL), if possible.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                                                          UNITED STATES MARSHAL

By    _____  
       DEPUTY UNITED STATES MARSHAL